**FEDERAL PUBLIC DEFENDER**
**DISTRICT OF NEW JERSEY**

972 BROAD STREET
NEWARK, NEW JERSEY 07102

(973) 645-6347  Telephone
(973) 645-3101  Facsimile
(973) 297-4807  Facsimile

**RICHARD COUGHLIN**
FEDERAL PUBLIC DEFENDER

**CHESTER M. KELLER**
FIRST ASSISTANT

August 14, 2009

Honorable Renee Marie Bumb, U.S.D.J.
United States District Court, District of New Jersey
Mitchell H. Cohen Courthouse
Camden, New Jersey 08101

      Re:    United States v. Trent Janulis
              Docket No. 08-00414-001 **(RMB)**

Dear Judge Bumb:

    I am writing to request an adjournment of sentence in this matter.  Sentencing is currently scheduled for August 17, 2009.  As I mentioned to your Courtroom Deputy, I am experiencing some family issues that have kept me out of the office this week, and from attending to some issues pertaining to this sentencing.

    Thank you in advance for your consideration of this request.

                                  Yours very truly,

                                  S/: Peter M. Carter
                                  **Peter M. Carter, AFPD**

___

800-840 Cooper Street, Ste. 350, Camden, New Jersey 08102  (856) 757-5341

22 South Clinton Avenue, Station Plaza #4, 4th Floor, Trenton, New Jersey  08609  (609) 989-2160